

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-22-00364-CR

Kenneth **WILLIAMS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2022CR4751
Honorable Stephanie R. Boyd, Judge Presiding

Opinion by:  Liza A. Rodriguez, Justice

Sitting:  Patricia O. Alvarez, Justice
Liza A. Rodriguez, Justice
Lori I. Valenzuela, Justice

Delivered and Filed: July 5, 2023

AFFIRMED; MOTION TO WITHDRAW GRANTED

Following a jury trial, Kenneth Williams was convicted of two counts of aggravated assault with a deadly weapon (repeater) and sentenced to forty years' imprisonment on each count, running concurrently. Williams timely filed a notice of appeal. His court-appointed appellate counsel filed a brief and motion to withdraw in accordance with *Anders v. California*, 386 U.S. 738 (1967). With citations to the record and legal authority, counsel's brief explains why no arguable points of error exist for review and concludes this appeal is frivolous and without merit. *See id*. at 744-45; *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). Counsel's brief satisfies

the requirements of *Anders*. *See* 386 U.S. at 744-45; *High*, 573 S.W.2d at 812-13. Williams was provided with a copy of the *Anders* brief and was informed of his right to review the record and file his own brief. *See Kelly v. State*, 436 S.W.3d 313, 319-20 (Tex. Crim. App. 2014). Williams obtained a copy of the appellate record and filed a pro se brief.

We have reviewed counsel's *Anders* brief, Williams's pro se brief, and the appellate record. We agree with counsel that this appeal is frivolous and without merit. The trial court's judgments are affirmed and counsel's motion to withdraw is granted.[1] *See Nichols v. State*, 954 S.W.2d 83, 85-86 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.).

Liza A. Rodriguez, Justice

DO NOT PUBLISH

---

[1] No substitute counsel will be appointed. If Williams would like to seek review by the Texas Court of Criminal Appeals, he must either retain an attorney to file a petition for discretionary review or file a pro se petition for discretionary review. Any petition for discretionary review must be filed within thirty days from the later of (1) the date of this opinion; or (2) the date the last timely motion for rehearing is overruled by this court. *See* TEX. R. APP. P. 68.2. Any petition for discretionary review must be filed in the Texas Court of Criminal Appeals. *See* TEX. R. APP. P. 68.3. Any petition for discretionary review should comply with the requirements of Rule 68.4 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 68.4.